## BROOKS v. BOUCHER

No. 79 PC.

Case below: 22 N.C. App. 676.

Petition for writ of certiorari to North Carolina Court of Appeals denied 8 November 1974.

## BROWN v. SMITH

No. 95 PC.

Case below: 23 N.C. App. 224.

Petition for writ of certiorari to North Carolina Court of Appeals denied 8 November 1974.

## CHAVIS v. REYNOLDS

No. 81 PC.

Case below: 22 N.C. App. 734.

Petition for writ of certiorari to North Carolina Court of Appeals denied 8 November 1974.

## HEARNE v. SMITH

No. 94 PC.

Case below: 23 N.C. App. 111.

Petition for writ of certiorari to North Carolina Court of Appeals denied 8 November 1974.

## HOWELL v. NICHOLS

No. 70 PC.

Case below: 22 N.C. App. 741.

Petition for writ of certiorari to North Carolina Court of Appeals denied 8 November 1974.